Michael G. Woods, # 058683-0
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendant
COUNTY OF CALAVERAS

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| ELOISA BURLINGAME,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF CALAVERAS,<br><br>　　　　　　Defendant. | Case No.  2:06-cv-2393-MCE-DAD<br><br>**ORDER ON STIPULATION FOR CHANGE OF VENUE TO UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION** |

　　　　Upon reviewing the Stipulation for Change of Venue entered into by and between Plaintiff ELOISA BURLINGAME and Defendant COUNTY OF CALAVERAS, through their respective counsel, and good cause appearing therefore, it is hereby ORDERED as follows:

　　　　1.　　This matter shall be transferred from The United States District Court, Eastern District of California, Sacramento Division, to The United States District Court, Eastern District of California, Fresno Division, pursuant to Local Rule 3-120(d).

　　　　2.　　Plaintiff shall pay all fees and costs of transfer and shall promptly notify defendant when the matter has been effectively transferred to The United States District Court Eastern District of California, Fresno Division.

///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

ORDER ON STIPULATION FOR CHANGE OF VENUE  2:06-CV-02393-MCE-DAD

3. Defendant COUNTY OF CALAVERAS shall have 20 days after notice of transfer to the United States District Court, Eastern District of California, Fresno Division, to enter an appearance or otherwise respond to the Complaint on behalf of Defendant COUNTY OF CALAVERAS.

Dated: December 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE